L. M. RABINOWITZ & COMPANY, INC., Appellant, *v.* INTERWOVEN HOOK & EYE COMPANY, INC., et al., Respondents.

(Argued January 8, 1931; decided February 10, 1931.)

*Joseph A. Seidman* for appellant.

*George Z. Medalie, Jacob J. Rosenblum* and *William B. Herlands* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.